UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

ACTION NO: 23-CR-21-DCR                                              ELECTRONICALLY FILED

UNITED STATES                                                                          PLAINTIFF

VS.

AUSTIN LEE GLADD                                                                   DEFENDANT

## MOTION FOR REARRAIGNMENT

*****

Comes the Defendant, by and through counsel, and hereby moves this Court to Rearraign him in the above styled matter. As grounds for his Motion, Defendant states that he wishes to change his plea.

**WHEREFORE**, the Defendant respectfully requests that this Court grant his Motion for Rearraignment.

## NOTICE

Please take Notice that the foregoing shall come for hearing at the convenience of the Court.

Respectfully Submitted:

**BALDANI LAW GROUP**
120 North Mill Street, Suite 300
Lexington, KY   40507
(859) 523-1606

BY:<u>RACHEL D. YAVELAK</u>

### CERTIFICATE

I do hereby certify that I filed the foregoing motion with the Clerk of Court on the 24th day of   April 2023 using the CM/ECF system which will send electronic notice of same to Hon. Mary Melton.

<u>/s/Rachel D. Yavelak</u>