UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

ACTION NO: 23-CR-21- DCR

ELECTRONICALLY FILED

**UNITED STATES**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**

**AUSTIN LEE GLADD**　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

**ORDER**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

　　　　On Motion of the Defendant herein to be Rearraigned in the above styled matter, and the Court having been otherwise sufficiently advised:

　　　　**IT IS HEREBY ORDERED** that the said Motion is **SUSTAINED**, and the Defendant shall come for Rearraignment on the ____ day of _____ 2023, at the hour of _____ m.

　　　　**So ORDERED** this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JUDGE, U.S. DISTRICT COURT

PREPARED BY:

/S/ RACHEL D. YAVELAK
300 West Short Street
Lexington, KY 40507
(859) 523-1606